**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANTHONY NANDKISSORE,

        *Petitioner*,

v.                                     Case No. 3:26-cv-1315-WWB-SJH

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

        *Respondents.*

## ORDER

Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging, among other things, the United States Department of Homeland Security, Immigration and Customs Enforcement's ("**ICE**") mandatory detention of him without bond. (Doc. 1). As relief, Petitioner requests, *inter alia*, that the Court order his immediate release or a bond hearing. (*Id.* at 8).

Federal Respondents filed a Response advising that on May 19, 2026, an immigration judge conducted a bond hearing for Petitioner and ordered that Petitioner could be released from custody on a bond of $6,500. (Doc. 6). Respondents have likewise filed a copy of the immigration judge's order granting Petitioner release on bond. (Doc. 6-1).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) and this case are **DISMISSED without prejudice** as moot.

2. The Warden's Motion to Dismiss (Doc. 5) is **DENIED**.

3.  The Clerk shall enter judgment accordingly, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 2, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:   Anthony Nandkissore, A206002128
Counsel of Record

2